IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

LEGAL MAIL
Provided to Florida State Prison on
12/6/19 for mailing by _____

COREY MILLEDGE,
PLAINTIFF,

V.                                                CASE NO.: 3:19-CV-1365-J-25JRK

BARRY REDDISH, ET AL.,
DEFENDANT(S)

## MOTION FOR LEAVE TO EXCEED THE TWENTY-FIVE (25) PAGE LIMIT

PLAINTIFF PURSUANT TO **FED. R. CIV. P. 7(B)**, MOVES THIS COURT FOR AN ORDER ALLOWING HIM TO EXCEED THE TWENTY-FIVE (25) PAGE LIMIT. PLAINTIFF WOULD SHOW IN SUPPORT THEREOF:

1. LOCAL RULE 301 DIRECTS ALL PLEADINGS SEEKING AN ORDER NOT TO EXCEED TWENTY-FIVE (25) PAGES.

2. PLAINTIFF'S COMPLAINT HAS A TOTAL OF (52) PAGES. PLAINTIFF NEEDED THAT AMOUNT OF PAGES TO ALLEGE FACTS AND SHOW HOW EACH NAMED DEFENDANT VIOLATED HIS **EIGHTH AMENDMENT** RIGHTS. IN LIGHT OF THIS, PLAINTIFF MOVES THE COURT FOR AN ORDER ALLOWING HIM TO EXCEED THE TWENTY-FIVE (25) PAGE LIMIT.

1.

WHEREFORE, PLAINTIFF REQUESTS THE COURT GRANT THE MOTION. GRANT ANY OTHER RELIEF THAT PLAINTIFF MAYBE ENTITLED TO.

12-6-19
DATE

RESPECTFULLY SUBMITTED,

COREY MILLEDGE DC# 412023
FLORIDA STATE PRISON
P.O. BOX 800
RAIFORD, FL 32083