UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

COREY MILLEDGE,

    Plaintiff,

v.                              Case No. 3:19-cv-1365-J-25JRK

BARRY REDDISH, et al.,

    Defendants.
_____

**ORDER**

    1.   Plaintiff's Motion for An Order directing service copies (Doc. 4) is **DENIED without prejudice**.

    2.   Plaintiff's Motion for Leave to Exceed the Twenty-Five (25) Page Limit (Doc. 5) is **DENIED**. The Court has approved the use of a civil rights complaint form that requires an inmate Plaintiff to present a brief, clear, and concise complaint with supporting facts. Instead of submitting just the complaint form, Plaintiff has submitted a 52-page rambling narrative of multiple events occurring at Florida State Prison with numerous claims that can certainly be presented in a more concise manner. Plaintiff should focus his complaint on claims of constitutional dimension.

    As such, Plaintiff will be required to file an amended complaint not exceeding 25 pages. Plaintiff will be provided with a copy of this form. Plaintiff should write "Amended Complaint" and this case number on the completed form of **no more than 25 pages**

and submit it to the Clerk of Court by **February 20, 2020.** Failure to do so may result in the dismissal of this action.

  3. The Court directs the **Clerk** to provide Plaintiff a civil rights complaint form.

  **DONE AND ORDERED** at Jacksonville, Florida, this 16th day of January, 2020.

*James R. Klindt*
JAMES R. KLINDT
United States Magistrate Judge

caw 1/15
c:
Corey Milledge

2